UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER MORALES,

    Plaintiff,

v.                                      Case No.:   8:22-cv-02966-JLB-AEP

ENCOMPASS HEALTH
CORPORATION d/b/a ENCOMPASS
HEALTH REHABILIATION
HOSPITAL OF LARGO, DR. FADI
SABA, M.D., ELIAS KANAAN, M.D.
P.A., PROFESSIONAL HEALTH
CARE OF PINELLAS, AND SUN
STATE HOSPITALISTS, LLC,

    Defendants.
_____/

## ORDER

This matter is before the Court upon the United States of America's Notice of Election to Decline Intervention (Doc. 28). Because this action is brought pursuant to the False Claims Act (*see generally* Doc. 1), the United States must "notify the court that it declines to take over the action, in which case the person bringing the action shall have the right to conduct the action." 31 U.S.C. § 3730(b)(4)(B).

While the United States has declined to intervene, Relator Jennifer Morales may maintain this action in the name of the United States pursuant to 31 U.S.C. § 3730(b)(1). However, "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1).

Accordingly, it is hereby **ORDERED** that:

1. The Complaint (Doc. 1) be unsealed and served on the Defendants by the Relator, unless the action is first dismissed.

2. All other contents of this action remain under seal and may not be made public or be served upon the Defendants, except for the Complaint (Doc. 1), this Order, and the United States's Notice of Election to Decline Intervention (Doc. 28).

3. The seal be lifted as to all other matters in this action after the date of this Order.

4. The Relator is **DIRECTED** to serve this Order and the Government's Notice of Election to Decline Intervention upon the Defendants after service of the Complaint.

5. The parties are **DIRECTED** to serve all pleadings, motions, responses, replies, notices, and any other papers filed in this action, including supporting memoranda, upon the United States in accordance with 31 U.S.C. § 3730(c)(3).

6. The United States may order any deposition transcripts and is entitled to intervene in this action at any time for good cause.

7. The United States may intervene in this action at a later date upon a showing of good cause. 31 U.S.C. § 3730(c)(3).

8. All orders, notices, and other papers issued by this Court **SHALL** be sent to the United States.

9.  Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, they shall first solicit the written consent of the United States pursuant to 31 U.S.C. § 3730(b)(1).

**ORDERED** in Tampa, Florida on October 6, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE